CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
KATHRYN C. PALAMOUNTAIN (Bar No. 183246)
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
chris@chavezgertler.com

RODDY KLEIN & RYAN
JOHN RODDY (to seek admission pro hac vice)
ELIZABETH RYAN (to seek admission pro hac vice)
GARY KLEIN (to seek admission pro hac vice)
727 Atlantic Avenue
Boston, MA 02111
Telephone: (617) 357-5500

Attorneys for Plaintiffs
PIERRE BRAILSFORD and KEVIN GILMORE

ANDREW L. SANDLER
BENJAMIN B. KLUBES
MICHAEL P. KELLY
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 353-5760

Attorneys for Defendants
JACKSON HEWITT INC. and TAX SERVICES OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE BRAILSFORD and KEVIN GILMORE, individually and on behalf of all others similarly situated. <br><br> Plaintiffs, <br><br> vs. <br><br> JACKSON HEWITT INC.; TAX SERVICES OF AMERICA, INC.; DOES 1 through 100, <br><br> Defendants. | Case No.: C 06-00700 CW <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY, BRIEFING AND HEARING DATES RELATED TO MOTION FOR CLASS CERTIFICATION AND DATE FOR JOINING ADDITIONAL PARTIES** |

The Parties have served each other with written discovery and scheduled depositions in order to prepare for the currently scheduled class certification motion. The Parties have agreed to participate in a mediation before the Hon. Edward Infante (Ret.) on November 15, 2006. After consideration and discussion, the Parties have agreed that it would be in their interests to focus their attention and efforts on exploring the possibility of resolving this matter instead of proceeding with the scheduled discovery, briefing and hearing dates.

Accordingly, it is hereby stipulated by the Parties, through their respective counsel, as follows:

1. The currently scheduled depositions shall be taken off calendar. The depositions shall, if necessary, be renoticed for mutually acceptable dates after November 15, 2006.

2. The deadline for plaintiffs to respond to defendants' requests for production of documents and interrogatories shall be continued from October 30, 2006 to December 29, 2006.

3. The deadline for defendants to produce documents in response to plaintiffs' requests for production of documents shall be continued to December 20, 2006.

4. The deadline for plaintiffs to file their motion for class certification shall be continued from November 8, 2006 to January 12, 2007.

5. The deadline to add additional parties shall be continued from November 8, 2006 to January 12, 2007.

6. The deadline for defendants to file their opposition to plaintiffs' motion for class certification shall be continued from November 22, 2006 to February 2, 2007.

7. The deadline for plaintiffs to file their reply in support of plaintiffs motion for class certification shall be continued from November 29, 2006 to February 9, 2007.

8. The hearing on plaintiffs' motion for class certification shall be continued from December 15, 2006 at 10:00 a.m. to February 23, 2007 at 10:00 a.m.

9. The Case Management Conference in this matter shall be continued from February 23, 2007 at 1:30 p.m. to April 27, 2007 at 1:30 p.m.

| | | |
|---|---|---|
| 1 | Dated: October 30, 2006 | CHAVEZ & GERTLER LLP |
| 2 | | RODDY KLEIN & RYAN |
| 3 | | RONALD FREDERICK & ASSOCIATES CO., L.P.A. |
| 4 | | BAILEY & GLASSER, LLP |

By: _____/s/ Mark A. Chavez_____
       Mark A. Chavez

Attorneys for Plaintiffs
PIERRE BRAILSFORD and KEVIN GILMORE

Dated: October 30, 2006

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____/s/ Benjamin B. Klubes_____
       Benjamin B. Klubes

Attorneys for Defendants
JACKSON HEWITT INC. and TAX SERVICES OF AMERICA, INC.

IT IS SO ORDERED.

Dated: 10/31, 2006

_____/s/ Claudia Wilken_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE