1  CHAVEZ & GERTLER LLP
   MARK A. CHAVEZ (Bar No. 90858)
2  KATHRYN C. PALAMOUNTAIN (Bar No. 183246)
   42 Miller Avenue
3  Mill Valley, CA 94941
   Telephone:  (415) 381-5599
4  Facsimile:   (415) 381-5572
   mark@chavezgertler.com
5  chris@chavezgertler.com

6  RODDY KLEIN & RYAN
   JOHN RODDY (to seek admission pro hac vice)
7  ELIZABETH RYAN (to seek admission pro hac vice)
   GARY KLEIN (to seek admission pro hac vice)
8  727 Atlantic Avenue
   Boston, MA 02111
9  Telephone:   (617) 357-5500

10 Attorneys for Plaintiffs
   PIERRE BRAILSFORD and KEVIN GILMORE
11
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12 ANDREW L. SANDLER
   BENJAMIN B. KLUBES
13 MICHAEL P. KELLY
   1440 New York Avenue, N.W.
14 Washington, D.C. 20005
15 Telephone: (202) 371-7000
   Facsimile:  (202) 353-5760
16
   Attorneys for Defendants
17 JACKSON HEWITT INC. and TAX SERVICES OF AMERICA, INC.

18                         UNITED STATES DISTRICT COURT
19                        NORTHERN DISTRICT OF CALIFORNIA

20 PIERRE BRAILSFORD and KEVIN           )  Case No.:  C 06-00700 CW
   GILMORE, individually and on behalf of all )
21 others similarly situated.             )  CLASS ACTION
                                          )
22         Plaintiffs,                    )  **AMENDED STIPULATION AND**
                                          )  **[PROPOSED] ORDER FURTHER**
23     vs.                                )  **CONTINUING DISCOVERY, BRIEFING**
                                          )  **AND HEARING DATES RELATED TO**
24 JACKSON HEWITT INC.; TAX SERVICES      )  **MOTION FOR CLASS CERTIFICATION**
   OF AMERICA, INC.; DOES 1 through 100,  )  **AND DATE FOR JOINING ADDITIONAL**
25                                        )  **PARTIES**
         Defendants.                      )
26                                        )
27 _____)

28

AMENDED STIP AND [PROPOSED] ORDER FURTHER CONTINUING DISCOVERY, BRIEFING AND HEARING DATES
RELATED TO MOTION FOR CLASS CERTIFICATION AND JOINING ADDITIONAL PARTIES  Case No. C 06-00700 CW

1    The Parties have served each other with written discovery and noticed depositions in
2 order to prepare for the currently scheduled class certification motion.  The Parties
3 participated in a mediation before the Hon. Edward Infante (Ret.) on November 15, 2006.  At
4 that mediation, the parties agreed to a settlement in principle, and are in the process of
5 reducing that agreement to text.  After consideration and discussion, the Parties have agreed
6 that it would be in their interests to focus their attention and efforts on finalizing this
7 agreement instead of proceeding with the scheduled discovery, briefing and hearing dates.
8    Accordingly, it is hereby stipulated by the Parties, through their respective counsel, as
9 follows:
10   1.   The previously noticed depositions shall, if necessary, be renoticed for
11 mutually acceptable dates after January 30, 2007.
12   2.   The deadline for plaintiffs to respond to defendants' requests for production of
13 documents and interrogatories shall be continued from December 29, 2006 to February 15,
14 2007.
15   3.   The deadline for defendants to produce documents in response to plaintiffs'
16 requests for production of documents shall be continued to February 5, 2007.
17   4.   The deadline for plaintiffs to file their motion for class certification shall be
18 continued to March 2, 2007.
19   5.   The deadline to add additional parties shall be continued from January 12, 2007
20 to March 2, 2007.
21   6.   The deadline for defendants to file their opposition to plaintiffs' motion for
22 class certification shall be continued to March 23, 2007.
23   7.   The deadline for plaintiffs to file their reply in support of plaintiff's motion for
24 class certification shall be continued to March 30, 2007.
25   8.   The hearing on plaintiffs' motion for class certification shall be continued from
26 February 23, 2007 at 10:00 a.m. to April 13, 2007 at 10:00 a.m.
27   9.   The Case Management Conference in this matter shall be rescheduled from
28 April 27, 2007 at 1:30 p.m. to June 8, 2007 at 1:30 p.m.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2006 | CHAVEZ & GERTLER LLP |
| 2 | | RODDY KLEIN & RYAN |
| 3 | | RONALD FREDERICK & ASSOCIATES CO., L.P.A. |
| 4 | | BAILEY & GLASSER, LLP |

By: _____
       Mark A. Chavez

Attorneys for Plaintiffs
PIERRE BRAILSFORD and KEVIN GILMORE


Dated: December 19, 2006        Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP


By: _____
       Benjamin B. Klubes

Attorneys for Defendants
JACKSON HEWITT INC. and TAX SERVICES OF AMERICA, INC.


IT IS SO ORDERED.


Dated: _____, 2006        _____
       The Honorable Claudia Wilken
       UNITED STATES DISTRICT COURT JUDGE

| | | |
|---|---|---|
| 1 | Dated: December 19, 2006 | CHAVEZ & GERTLER LLP |
| 2 | | RODDY KLEIN & RYAN |
| 3 | | RONALD FREDERICK & ASSOCIATES CO., L.P.A. |
| 4 | | BAILEY & GLASSER, LLP |

By: _____
     Mark A. Chavez

Attorneys for Plaintiffs
PIERRE BRAILSFORD and KEVIN GILMORE

Dated: December 19, 2006        Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _[signature]_____
     Benjamin B. Klubes

Attorneys for Defendants
JACKSON HEWITT INC. and TAX SERVICES OF AMERICA, INC.

IT IS SO ORDERED.            _[signature: Claudia Wilken]_

Dated: __12/22__, 2006

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

---

2
AMENDED STIP AND [PROPOSED] ORDER FURTHER CONTINUING DISCOVERY, BRIEFING AND HEARING DATES
RELATED TO MOTION FOR CLASS CERTIFICATION AND JOINING ADDITIONAL PARTIES Case No. C 06-00700 CW