1  CHAVEZ & GERTLER LLP
   MARK A. CHAVEZ (Bar No. 90858)
2  KATHRYN C. PALAMOUNTAIN (Bar No. 183246)
   42 Miller Avenue
3  Mill Valley, CA 94941
   Telephone: (415) 381-5599
4  Facsimile: (415) 381-5572
   mark@chavezgertler.com
5  chris@chavezgertler.com

6  RODDY KLEIN & RYAN
   JOHN RODDY (to seek admission pro hac vice)
7  727 Atlantic Avenue
   Boston, MA 02111
8  Telephone: (617) 357-5500

9  Attorneys for Plaintiffs
   PIERRE BRAILSFORD and KEVIN GILMORE
10
   RAOUL D. KENNEDY (Bar No. 40892)
11 RKENNEDY@SKADDEN.COM
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12 4 Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5974
13 Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
14 BENJAMIN B. KLUBES (Admitted *Pro hac vice*)
15 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue, N.W.
16 Washington, D.C. 20005
   Telephone: (202) 371-7000
17 Facsimile: (202) 353-5760

18
   Attorneys for Defendants
19 JACKSON HEWITT INC. and TAX SERVICES OF AMERICA, INC.

20              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
21

22 PIERRE BRAILSFORD and KEVIN        ) Case No.: C 06-00700 CW
   GILMORE, individually and on behalf of all )
23 others similarly situated.         ) CLASS ACTION
                                      )
24         Plaintiffs,                ) **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                                      ) **RE DISMISSAL OF PLAINTIFF KEVIN**
25      vs.                           ) **GILMORE AND DEFENDANT DOES 1**
                                      ) **THROUGH 100**
26 JACKSON HEWITT INC.; TAX SERVICES  )
   OF AMERICA, INC.; DOES 1 through 100, )
27                                    )
         Defendants.                  )
28 _____    )

STIPULATION AND PROPOSED ORDER RE DISMISSAL OF PLAINTIFF KEVIN GILMORE AND DEFENDANT DOES 1
THROUGH 100, Case No. C 06-00700 CW

1  It is hereby stipulated by the parties, through their respective counsel, as follows:

2  1. Kevin Gilmore has elected not to proceed as a plaintiff in this action. Consequently, he is hereby dismissed as a named class representative, but will remain eligible to participate in the class settlement, if it is approved by the Court.

2. Doe Defendants 1 through 100 remain unidentified. Consequently, these defendants are hereby dismissed from this action.

3. The parties waive any claims for fees or costs against Plaintiff Kevin Gilmore and Does 1 through 100.

Dated: January 9, 2007

CHAVEZ & GERTLER LLP

RODDY KLEIN & RYAN

RONALD FREDERICK & ASSOCIATES CO., L.P.A.

BAILEY & GLASSER, LLP

By: _____
Mark A. Chavez

Attorneys for Plaintiffs
PIERRE BRAILSFORD and KEVIN GILMORE

Dated: January 9, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Benjamin B. Klubes

Attorneys for Defendants
JACKSON HEWITT INC. and TAX SERVICES OF AMERICA, INC.

IT IS SO ORDERED.

Dated: 1/11, 2007

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER RE DISMISSAL OF PLAINTIFF KEVIN GILMORE AND DEFENDANT DOES 1 THROUGH 100   Case No. C 06-00700 CW

2

735428.01-D.C. Server 1A                MSW - Draft January 9, 2007 - 12:57 PM