```
CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
DANIEL B. SWERDLIN (Bar No. 243452)
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile:  (415) 381-5572
mark@chavezgertler.com
daniel@chavezgertler.com

Attorneys for Plaintiffs
PIERRE BRAILSFORD
```

*Additional counsel for Plaintiffs listed on signature page.*

```
RAOUL D. KENNEDY (Bar No. 40892)
rkennedy@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698

BENJAMIN B. KLUBES (Admitted pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile:  (202) 353-5760

Attorneys for Defendants
JACKSON HEWITT, INC. and TAX SERVICES OF AMERICA, INC.
```

**FILED**
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE BRAILSFORD, individually and on behalf of all others similarly situated. | Case No. C 06-00700 CW |
| Plaintiffs, | **CLASS ACTION** |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER RE: *CY PRES* DISTRIBUTION OF UNCLAIMED SETTLEMENT FUNDS |
| JACKSON HEWITT, INC.; TAX SERVICES OF AMERICA, INC., | |
| Defendants. | Judge: Hon. Claudia Wilken |

STIPULATION AND [PROPOSED] ORDER RE: *CY PRES* DISTRIBUTION OF UNCLAIMED SETTLEMENT FUNDS, Case No.: C 06-00700 CW

1  WHEREAS, Section V.F of the Court-approved settlement agreement in this action provides: "Those checks from the...portion of the redress fund that become void, and any other remaining amount, if any, shall be donated to one or more charitable organizations designated by Plaintiffs' Counsel, subject to agreement by Defendants and Court approval

WHEREAS, after the completion of the efforts to locate class members and distribute the settlement funds in this matter, there remains a balance of approximately $34,195 in unclaimed settlement funds; and

WHEREAS, the parties have agreed that Bay Area Legal Aid should be the sole recipient of any *cy pres* distribution of unclaimed settlement funds in this action;

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. The Settlement Administrator shall issue a check payable to Bay Area Legal Aid in the amount all unclaimed settlement funds, which are approximately $34,195; and

2. The Settlement Administrator shall deliver this check to Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941 for transmittal to Bay Area Legal Aid.

Dated: 11/12/07

CHAVEZ & GERTLER LLP

RODDY KLEIN & RYAN

RONALD FREDERICK & ASSOCIATES CO., L.P.A.

BAILEY & GLASSER, LLP

By: _____
Mark A. Chavez

Attorneys for Plaintiffs
PIERRE BRAILSFORD

///
///
///
///

1

STIPULATION AND [PROPOSED] ORDER RE: *CY PRES* DISTRIBUTION OF UNCLAIMED SETTLEMENT FUNDS, Case No.: C 06-00700 CW

Dated: 11/9/07

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____
   Benjamin B. Klubes

Attorneys for Defendants
JACKSON HEWITT, INC. and TAX SERVICES OF AMERICA, INC.

IT IS SO ORDERED.

Dated: NOV 1 4 2007

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

*Additional Counsel for Plaintiffs*:

RODDY KLEIN & RYAN
JOHN RODDY (Admitted *pro hac vice*)
727 Atlantic Avenue
Boston, MA 02111
Telephone: (617) 357-5500

RONALD FREDERICK & ASSOCIATES, LLC
RONALD FREDERICK (Admitted *pro hac vice*)
55 Public Square
Cleveland, OH
Telephone (216) 781-3434

BAILEY & GLASSER, LLP
BRIAN GLASSER (Admitted *pro hac vice*)
227 Capitol Street
Charleston, West Virginia 25301
Telephone (304) 345-6555